# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-2412-SP | Date | March 8, 2018 |
|---|---|---|---|
| Title | RICARDO LEZAMA ARELLANO v. SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, et al. | | |

Present: The Honorable **Sheri Pym, United States Magistrate Judge**

| Kimberly Carter | None Appearing | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

None Appearing None Appearing

**Proceedings:** (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute

On November 30, 2017, plaintiff filed a complaint against defendants Jeh Johnson, Jeff Sessions, James McCament, and Irene Martin. Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve each defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than February 28, 2018. That date has now passed, but plaintiff has not filed any proof of such service with the court, nor is there any other indication before the court that the complaint has been served on any defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by *March 22, 2018* why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendants within the required time period. Plaintiff may discharge this Order to Show Cause by filing, not later than March 22, 2018, proof of service of the summons and complaint.

**The court warns plaintiff that failure to respond to the Order to Show Cause by March 22, 2018, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**